UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BEAU DERISE** | **CASE NO. 6:21-CV-04465** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **FEDERAL RESERVE BANK OF BOSTON ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a plausible, nonfrivolous claim on which relief can be granted.

Signed at Lafayette, Louisiana, this 26th day of January, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE